UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAW OFFICES OF CRYSTAL MORONEY,
P.C.,

                              Plaintiff,

        v.


BUREAU OF CONSUMER FINANCIAL
PROTECTION, *et al.*,

                              Defendants.

Case No. 19-CV-11594 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

    For the reasons stated on the record at the Oral Argument on February 27, 2020, the

Court denies Plaintiff's Motion for a Preliminary Injunction (the "Motion").

    The Clerk of Court is directed to terminate the pending Motion, (Dkt. No. 14).


SO ORDERED.

DATED:       February 28, 2020
             White Plains, New York

                                          _____
                                          KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE