UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>     Petitioner,<br><br> v.<br><br>LAW OFFICES OF CRYSTAL MORONEY, P.C.,<br><br>     Respondent. | No. 20-CV-3240 (KMK)<br><br>ORDER |
| LAW OFFICES OF CRYSTAL MORONEY, P.C.,<br><br>     Plaintiff,<br><br> v.<br><br>BUREAU OF CONSUMER FINANCIAL PROTECTION, DIRECTOR KATHY KRANINGER,<br><br>     Defendants. | No. 19-CV-11594 (KMK) |

KENNETH M. KARAS, District Judge:

 On June 6, 2024, the Parties in these actions submitted a joint status letter, (*see* 20-CV-3240, Dkt. No. 53; 19-CV-11594 Dkt. No. 40), pursuant to the Court's order of October 12, 2023, (*see* 20-CV-3240, Dkt. No. 51; 19-CV-11594 Dkt. No. 39), in order to provide an update on both cases. With respect to Case No. 20-CV-3240, the Parties confirm that the case is now resolved. (*See* 20-CV-3240, Dkt. No. 53.) In addition, with regard to Case No. 19-cv-11594, the Parties note that Plaintiff intends to promptly file a notice of voluntary dismissal. (*See* 19-CV-11594 Dkt. No. 40.)

 Therefore, the Clerk of Court is respectfully requested to close these cases.

SO ORDERED.

DATED: June 11, 2024
     White Plains, New York

                            _____
                                KENNETH M. KARAS
                                UNITED STATES DISTRICT JUDGE